IN THE SUPREME COURT OF THE STATE OF NEVADA

| | |
|---|---|
| AMTRUST FINANCIAL SERVICES, INC.; AND SECURITY NATIONAL INSURANCE COMPANY, Petitioners, vs. THE EIGHTH JUDICIAL DISTRICT COURT OF THE STATE OF NEVADA, IN AND FOR THE COUNTY OF CLARK; AND THE HONORABLE CRYSTAL ELLER, DISTRICT JUDGE, Respondents, and GABOR VICZKO, INDIVIDUALLY AND AS TRUSTEE OF THE LETOSKETI TRUST; BALAZS LEVY; L/P INSURANCE SERVICES, INC.; AND DIANA DECKER, Real Parties in Interest. | No. 82671 **FILED** DEC 29 2021 ELIZABETH A. BROWN CLERK OF SUPREME COURT BY_____ DEPUTY CLERK |

### *ORDER DENYING PETITION FOR WRIT OF MANDAMUS*

This original petition for a writ of mandamus challenges district court orders (1) denying a motion to enforce a settlement agreement, (2) denying a motion for reconsideration, and (3) granting a motion to enforce a partial settlement.

A writ of mandamus is available to compel a district court to perform an act the law requires or to control an arbitrary or capricious exercise of discretion. NRS 34.160; *Int'l Game Tech., Inc. v. Second Judicial Dist. Court*, 124 Nev. 193, 197, 179 P.3d 556, 558 (2008). Mandamus is an extraordinary remedy, and the decision to entertain a petition requesting such is within this court's discretion. *Smith v. Eighth Judicial Dist. Court*, 107 Nev. 674, 677, 679, 818 P.2d 849, 851, 853 (1991). A writ petition is a

21-37082

proper avenue for relief "where there is not a plain, speedy and adequate remedy in the ordinary course of law." NRS 34.170. However, this court has consistently held that "the right to appeal is generally an adequate legal remedy that precludes writ relief." *Pan v. Eighth Judicial Dist. Court*, 120 Nev. 222, 224, 88 P.3d 840, 841 (2004). Petitioners carry the burden to demonstrate to this court that extraordinary writ relief is warranted. *Id.* at 228, 88 P.3d at 844.

Having reviewed the petition, answers, reply, and supporting documentation, we are not convinced that our intervention by extraordinary relief is warranted in this matter. The petitioners have an adequate remedy in the form of an appeal from any final adverse judgment. *Pan*, 120 Nev. at 225, 88 P.3d at 841. Accordingly, we

ORDER the petition DENIED.

_____, J.
Parraguirre

_____, J.
Stiglich

_____, J.
Silver

cc:  Hon. Crystal Eller, District Judge
     Wilson, Elser, Moskowitz, Edelman & Dicker, LLP/Las Vegas
     Christensen Law Offices, LLC
     Hall Jaffe & Clayton, LLP
     Eighth District Court Clerk